## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01903

**BAYAUD ENTERPRISES, INC.**

    and

**SOURCEAMERICA**

        Plaintiffs,

    v.

**U.S. DEPARTMENT OF VETERANS**
  **AFFAIRS**

    and

**ROBERT WILKIE, IN HIS OFFICIAL**
  **CAPACITY AS SECRETARY OF**
  **VETERANS AFFAIRS**

    and

**UNITED STATES OF AMERICA**

        Defendants.

---

## PLAINTIFFS' REQUEST TO REOPEN CASE

Plaintiffs Bayaud Enterprises, Inc. and SourceAmerica request the Court reopen the above captioned action pursuant to this Court's January 24, 2018 Order. ECF No. 29. Plaintiffs initiated this action on August 7, 2017 to challenge a March 2017 Class Deviation policy issued by Defendants on the ground that the policy is contrary to law and risks irreparable harm to Plaintiffs. ECF No. 1. Defendants requested the Court stay this case pending the Federal Circuit's review of

the Court of Federal Claims' decision in *PDS Consultants, Inc. v. United States*, 132 Fed. Cl. 117 (2017).  ECF No. 13.  The Court granted Defendants' request to stay, finding that because the March 2017 Class Deviation had been suspended pending resolution of the *PDS* case, "the status quo that existed prior to the filing of this action has been temporarily restored."  ECF No. 29. Given that, the Court perceived "little harm" in staying the case.  ECF No. 29.  The Court stated that either party could request to reopen the case upon conclusion of the *PDS* proceedings "or such other developments as may warrant."  *Id.*

Recent developments warrant reopening the case to prevent immediate irreparable harm to Plaintiffs.  On May 14, 2019, Defendants notified the Court that the Federal Circuit had decided the *PDS* appeal.  ECF No. 32 at 2. On May 20, 2019, the Federal Circuit issued the mandate.  *PDS Appeal*, Case No. 17-2379, Doc Nos. 162 and 163.  That same day, the VA issued a memorandum titled "Class Deviation from VAAR 808.002, Priorities for Use of Government Supply Sources and VAAR Subpart 808.6, Acquisition from Federal Prison Industries, Inc." (the "2019 Class Deviation").  The 2019 Class Deviation, much like the 2017 Class deviation, mandates that the VA must immediately award qualifying contracts to veteran-owned small businesses, even if the contract meets the conditions for mandatory procurement through the U.S. AbilityOne program, which prioritizes contracts with nonprofit agencies, such as Plaintiff Bayaud, that employ significantly disabled individuals.  Thus, after representing to the Court that the VA would stay implementation of the March 2017 Class Deviation, and while this case was still stayed, the VA issued a new class deviation that threatens Plaintiffs with immediate harm.

Accordingly, Plaintiffs request that the Court reopen this action so that Plaintiffs can file an amended complaint and seek necessary relief.

Dated:  June 6, 2019                    Respectfully submitted,

                                        */s/     Kathleen K. Custer*
                                         Kathleen K. Custer
                                         ARNOLD & PORTER KAYE SCHOLER LLP
                                         370 Seventeenth Street, Suite 4400
                                         Denver, Colorado 80202-1370
                                         Telephone:  (303) 863-1000
                                         FAX:  (303) 832-0428
                                         Kathleen.Custer@arnoldporter.com

                                         */s/     Craig A. Holman*
                                         Craig A. Holman
                                         ARNOLD & PORTER KAYE SCHOLER LLP
                                         601 Massachusetts Avenue, N.W.
                                         Washington, D.C. 20001
                                         Telephone:  (202) 942-5722
                                         FAX:  (202) 942-5999
                                         Craig.Holman@arnoldporter.com

                                         *Attorneys for Plaintiffs Bayaud Enterprises, Inc.*
                                         *and SourceAmerica*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of June, 2019, a true and correct

copy of the foregoing **PLAINTIFFS' REQUEST TO REOPEN CASE** was filed and served on

all counsel of record through the Court's CM/ECF system and by U.S. First Class Mail delivery

on the following:

> **Peter T. Wechsler**
> U.S. Department of Justice-DC-#883
> Federal Programs Branch
> P.O. Box 883
> 20 Massachusetts Avenue, N.W.
> Washington, DC 20044
> 202-514-2705
> Fax: 202-616-8470
> Email: peter.wechsler@usdoj.gov

 *Rebecca A. Golz*