**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-01903

**BAYAUD ENTERPRISES, INC.**

    and

**SOURCEAMERICA**

        Plaintiffs,

   v.

**U.S. DEPARTMENT OF VETERANS**
  **AFFAIRS**

    and

**ROBERT WILKIE, IN HIS OFFICIAL**
  **CAPACITY AS SECRETARY OF**
  **VETERANS AFFAIRS**

    and

**UNITED STATES OF AMERICA**

        Defendants.

### PLAINTIFFS' RENEWED REQUEST TO LIFT STAY AND REOPEN CASE

Plaintiffs Bayaud Enterprises, Inc. and SourceAmerica request the Court lift the previously entered stay and reopen the above captioned action pursuant to this Court's January 24, 2018 Order.[1]  ECF No. 29.

---

[1] For clarity, the case was not administratively closed.  Instead, the case was stayed on January 24, 2018.

## CERTIFICATION OF LOCAL CIVIL RULE 7.1

Counsel for Plaintiffs conferred with counsel for Defendants regarding this Request on multiple occasions, including but not limited to on May 31, June 5, June 6, and June 7, 2019. Defendants indicated that they intend to file a response to this request.

## REQUEST

Plaintiffs initiated this action on August 7, 2017 to challenge a March 2017 Class Deviation policy issued by Defendants on the ground that the policy is contrary to law and risks irreparable harm to Plaintiffs.  ECF No. 1.  Defendants requested the Court stay this case pending the Federal Circuit's review of the Court of Federal Claims' decision in *PDS Consultants, Inc. v. United States*, 132 Fed. Cl. 117 (2017).  ECF No. 13.  The Court granted Defendants' request to stay, finding that because the March 2017 Class Deviation had been suspended pending resolution of the *PDS* case, "the status quo that existed prior to the filing of this action has been temporarily restored."  ECF No. 29.  Given that, the Court perceived "little harm" in staying the case.  ECF No. 29.  The Court stated that either party could request to reopen the case upon conclusion of the *PDS* proceedings "or such other developments as may warrant."  *Id.*

Recent developments warrant reopening the case to prevent immediate irreparable harm to Plaintiffs.  On May 14, 2019, Defendants notified the Court that the Federal Circuit had decided the *PDS* appeal. ECF No. 32 at 2. On May 20, 2019, the Federal Circuit issued the mandate. *PDS Appeal*, Case No. 17-2379, Doc Nos. 162 and 163.  That same day, the VA issued a memorandum titled "Class Deviation from VAAR 808.002, Priorities for Use of Government Supply Sources and VAAR Subpart 808.6, Acquisition from Federal Prison Industries, Inc." (the "2019 Class Deviation").  The 2019 Class Deviation, much like the 2017 Class deviation, mandates that the

-3-

VA must immediately award qualifying contracts to veteran-owned small businesses, even if the contract meets the conditions for mandatory procurement through the U.S. AbilityOne program, which prioritizes contracts with nonprofit agencies, such as Plaintiff Bayaud, that employ significantly disabled individuals.  Thus, after representing to the Court that the VA would stay implementation of the March 2017 Class Deviation, and while this case was still stayed, the VA issued a new class deviation that threatens Plaintiffs with immediate harm.

Accordingly, Plaintiffs request that the Court reopen this action so that Plaintiffs can file an amended complaint and seek necessary relief.

Dated:  June 7, 2019                     Respectfully submitted,

 /s/      Kathleen K. Custer
Kathleen K. Custer
ARNOLD & PORTER KAYE SCHOLER LLP
370 Seventeenth Street, Suite 4400
Denver, Colorado 80202-1370
Telephone:  (303) 863-1000
FAX:  (303) 832-0428
Kathleen.Custer@arnoldporter.com


 /s/      Craig A. Holman
Craig A. Holman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 942-5722
FAX:  (202) 942-5999
Craig.Holman@arnoldporter.com


*Attorneys for Plaintiffs Bayaud Enterprises, Inc. and SourceAmerica*

-4-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of June, 2019, a true and correct copy of the foregoing **PLAINTIFFS' RENEWED REQUEST TO LIFT STAY AND REOPEN CASE** was filed and served on all counsel of record through the Court's CM/ECF system and by U.S. First Class Mail delivery on the following:

> **Peter T. Wechsler**
> U.S. Department of Justice-DC-#883
> Federal Programs Branch
> P.O. Box 883
> 20 Massachusetts Avenue, N.W.
> Washington, DC 20044
> 202-514-2705
> Fax: 202-616-8470
> Email: peter.wechsler@usdoj.gov

       *Rebecca A. Golz*